UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────X

CAROLINE LYNCH and
MICHAEL GUBBINS (H/W)
788 Connecticut View Drive
Oyster Bay, NY 11771                              Case No. 05-6090
                                                  (DRH)(MLO)
and

ALLSTATE INDEMNITY COMPANY
a/s/o CAROLINE LYNCH and
MICHAEL GUBBINS
        Plaintiffs,      **STIPULATION
                                                  AND ORDER OF
  -against-                              DISMISSAL
                                                  <u>WITH PREJUDICE</u>**

WHIRLPOOL CORPORATION
200 N M-63
Benton Harbor, MI 49022

c/o CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011
       Defendant.
───────────────────────────────────────X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-captioned lawsuit and all claims asserted therein against Whirlpool Corporation are dismissed *with prejudice*, and without costs to any party as against the other.

This Stipulation may be filed, without further notice, with the Clerk of the Court.

Dated: New York, New York
       January ___, 2007

ABRAHAM, LERNER & ARNOLD, LLP

By: _____
   Johnathan C. Lerner, Esq. (JL 5754)
   292 Madison Avenue, 22nd Floor
   New York, NY 10017
   (212) 686-4655
   (212) 532-3301 (fax)
   *Attorneys for Caroline Lynch*
   *and Michael Gubbins*

WHITE AND WILLIAMS LLP

By: _____
   Ron L. Pingitore, Esq.
   1800 One Liberty Place
   Philadelphia, PA 19103
   (215) 864-6324

   *Attorneys for Allstate Indemnity Co.*

LEADER & BERKON LLP

By: _____
   S. ALYSSA YOUNG (SY 6105)
   630 Third Avenue, 17th Floor
   New York, NY 10017
   (212) 486-2400
   (212) 486-3099 (fax)
   *Attorneys for Whirlpool*

SO ORDERED: _____
                Hon. Denis R. Hurley, U.S.D.J.